IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cr-40050-DWD |
| | ) |
| JEFFREY JAY YORK, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM & ORDER**

**DUGAN, District Judge:**

On January 20, 2022, the United States filed a motion to authorize payment from the inmate trust account of Defendant Jeffrey York (Doc. 111). York, who is represented by counsel, did not respond to the Government's motion. For the reasons set forth below, the motion is **GRANTED**.

York was found guilty on two offenses: Count 1, Attempted Enticement of a Minor in violation of 18 U.S.C. § 2422(b); and Count 2 Attempted Use of Interstate Facilities to Transmit Information about a Minor, in violation of 26 U.S.C. § 2525. On October 13, 2021, the court sentenced the defendant to a total of 120 months imprisonment and five years of supervised release. (Doc. 93). The Court also ordered the defendant to pay a special assessment of $200.00, a Fine of $1,000.00, and a JVTA (Justice for Victims of Trafficking Act) Assessment in the amount of $5,000.00. York appealed the conviction and sentence, and the appeal is pending before the Seventh

Circuit.[1]

According to the United States, to date, York has paid $0.00 on the special assessment, $0.00 on the fine, and $0.00 on the JVTA Assessment. As of January 20, 2022, the balance due is $6,200.00. The United States further indicates that, the Bureau of Prisons maintains in its possession, custody, or control $1,645.50 in encumbered funds belonging to York that are currently in his inmate trust account. The United States requests the funds be turned over to the Clerk of the Court as payment towards York's court ordered debt.

For the reasons stated in the motion, the Court concludes that cause exists to grant the motion. Accordingly, the Motion to Authorize Payment from Inmate Trust Account (Doc. 111) is **GRANTED**. The Bureau of Prisons is **ORDERED** to turnover to the Clerk of Court the amount of $1,645.50, and the Clerk of Court shall accept the deposit from the funds currently held in the trust account for the following inmate:

Inmate Name: Jeffrey Jay York
Inmate Number: 14698-025
Inmate Facility: FCI Ashland
 St. Route 716
 Ashland, KY 41105

The Clerk shall apply these funds as payment towards the criminal monetary

---

[1] A sentence that imposes monetary penalties is final upon its entry by the sentencing court, even though it can be appealed, modified, corrected, or amended. *United States v. Furkin*, 1998 WL 846873, at *3 (7th Cir. 1998) (citing 18 U.S.C. §§ 3572(c), 3664(o)). Under Federal Rule of Criminal Procedure 38, "[i]f the defendant appeals, the district court, or the court of appeals under Federal Rule of Appellate Procedure 8, may stay a sentence to pay a fine or a fine and costs. The court may stay the sentence on any terms considered appropriate." F.R.Cr.P. 38(c). As noted above, York did not respond to the motion, let alone seek a stay of monetary penalties pending resolution of his appeal. Accordingly, the Court declines to exercise its discretion to issue a stay in this matter.

penalties owed by York in this case. Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The United States shall provide a copy of this Order to the Bureau of Prisons and to York.

**SO ORDERED.**

Dated: March 15, 2022

DAVID W. DUGAN
United States District Judge